**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In Re:

JODELL M. ALTIER,

        Debtor.

                                               Bankr. Case Nos. 6:15-bk-1838-KSJ
                                                          6:15-ap-0156-KSJ
                                                          6:16-ap-0013-KSJ

_____

DARRIN C. LAVINE,

        Appellant,

v.                                                        Case No. 6:16-cv-1899-Orl-37

GOSHEN MORTGAGE, LLC,

        Appellee.
_____

**ORDER**

This cause is before the Court on its own motion.

In the instant action, Appellant seeks to appeal an order issued by the U.S. Bankruptcy Court for the Middle District of Florida. (*See* Doc. 1.) To this end, Appellant filed a notice of appeal on October 31, 2016. (*Id.*) From December 5 through December 8, 2016, the Court received electronic transmittal of the designated bankruptcy record. (*See* Docs. 4–9 ("**Transmittal Notices**").)

Under Federal Rule of Bankruptcy Procedure 8018(a)(1), the filing of the final Transmittal Notice on December 8 triggered the thirty-day period in which Appellant was required to file his initial brief. So Appellant's initial brief was due on or before Monday,

**January 9, 2017**. To date, Appellant has not yet filed his initial brief, nor has he requested an extension in which to do so.

Accordingly, on or before Tuesday, **January 17, 2017**, Appellant is **ORDERED TO SHOW CAUSE** by written response why this appeal should not be dismissed for failure to comply with Bankruptcy Rule 8018(a)(1). Failure to timely respond may result in dismissal without further warning.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 10, 2017.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record