**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In Re:
JODELL M. ALTIER,
Debtor.

Bankr. Case Nos. 6:15-bk-1838-KSJ
6:15-ap-0156-KSJ

6:16-ap-0013-KSJ
_____

DARRIN C. LAVINE,
Appellant,
v.                                      Case No. 6:16-cv-1899-Orl-37
GOSHEN MORTGAGE LLC,
Appellee.
_____/

## APPELLANT'S MOTION TO REINSTATE APPEAL

COMES NOW Appellant, DARRIN LAVINE, and hereby moves the Court to reinstate the appeal in this matter and states that there is good cause for the reinstate of the appeal as follows:

1. When Appellant's counsel filed the Notice of Appeal, he was with The Liberty Law Team, LLC, and his email for service was jon@libertylawteam.com.
2. On December 2, 2016, Counsel for Appellant left the Liberty Law Team, LLC to work for the Public Defender for the 9th Circuit as Death Penalty Counsel. Mr. Lavine also followed as a client.
3. On the same day, the Liberty Law Team shut down the jon@libertylawteam.com email address and has failed to re-activate it.
4. As a result, Appellant's counsel never got notice of the Court's Order to Show Cause in this appeal entered on January 9, 2016.
5. Counsel has changed his email with both the BK Court and the District Court on cm/ecf and has maintained a secondary email in his profile under jonbulllaw@yahoo.com which he has maintained with cm/ecf since 2006.
6. The Order to Show Cause from this Court reflects that the Order was sent to the jon@libertylawteam.com email on January 9th, 2017 and not to the jonbulllaw.com email address.
7. Appellant's counsel received information today through opposing counsel that the appeal was dismissed yesterday, January 18, 2017.

## Prayer for Relief

WHEREFORE the Appellant respectfully requests that this Court re-instate the appeal and grant the Appellant 10 days to file the Initial Brief and apologizes to the court for the inconvenience.

## Certificate of Service

I HEREBY CERTIFY that a true copy of this Motion to Reinstate Appeal has been furnished electronically mail to those parties entitled to receive electronic notice in this case, and to those parties with an interest in the Property as indicated on the record title search performed by the Trustee, via U.S. First Class, postage prepaid mail to: Jonathan Bull, Esq., a/f Jodell M. Altier and Joseph Altier, via email to jbull@circuit9.org; Justin Luna, Esq., at JLuna@lseblaw.com Gene T Chambers, Trustee, c/o Michael A. Nardella, Esq., Nardella & Nardella, PLLC, 250 East Colonial Drive, Suite 102, Orlando, Florida 32801, mnardella@nardellalaw.com; Kelley A. Bosecker, a/f Georgiann Jereczek, 1400 Gandy Boulevard, #706, St. Petersburg, Florida 33702, sbosecker@tampabay.rr.com, kbosecker@tmo.blackberry.net, and the U.S. Trustee, 400 W Washington Street, Suite 1100, Orlando, FL 32801, on this 19th day of December 2016.

S/ Jonathan Bull
Attorney for Darren Lavine
Fl. Bar No. 565903
435 N. Orange Avenue
Suite 400
Orlando, FL 32801
jbull@circuit9.org
321-557-7518