UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

JODELL M. ALTIER,

        Debtor.

        Bankr. Case Nos. 6:15-bk-1838-KSJ
        6:15-ap-0156-KSJ
        6:16-ap-0013-KSJ

_____

DARRIN C. LAVINE,

        Appellant,

v.         Case No. 6:16-cv-1899-Orl-37

GOSHEN MORTGAGE LLC,

        Appellee,

_____

## ORDER TO SHOW CAUSE

In this appeal, Appellant seeks to challenge a bankruptcy court order granting Appellee's motion to substitute itself as the proper plaintiff in *Chambers v. Altier*, Case No. 6:16-ap-00013-KSJ ("**2016 Adversary Proceeding**").[1] (*See* Doc. 1; *see also* Doc. 4-3.) The parties, however, jointly moved for dismissal of the 2016 Adversary

---

[1] The 2016 Adversary Proceeding is one of two adversary proceedings stemming from the underlying bankruptcy action. On April 15, 2016, the bankruptcy court consolidated these adversary proceedings and directed that all papers be docketed in *Goshen Mortgage, LLC v. Altier*, Case No. 6:15-ap-00156-KSJ ("**2015 Adversary Proceeding**"). (*See* 2015 Adversary Proceeding, Doc. 21.)

Proceeding on April 7, 2017. (*See* Doc. 27; *see also* 2015 Adversary Proceeding, Doc. 176.) Hence, at present, no active case or controversy appears to exist, rendering this appeal moot. *See, e.g., In re Fillard Apartments, Ltd.*, 104 B.R. 480, 481 (S.D. Fla. 1989) (finding that the bankruptcy court's dismissal of the adversary proceeding rendered any appeal moot). As such, on or before Tuesday, **May 9, 2017**, Appellant is **DIRECTED** to show cause by written response why this appeal should not be dismissed as moot. Failure to timely respond will result in dismissal of this action without further notice.

    **IT IS SO ORDERED**.

    **DONE AND ORDERED** in Chambers in Orlando, Florida, on May 2, 2017.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record